JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUYAN INVESTMENT (HOLDINGS) LIMITED, a British Virgin Islands company,<br><br>                    Plaintiff,<br><br>     v.<br><br>BARJAN LLC, a Delaware limited liability company, and DOES 1-5, Inclusive,<br><br>                    Defendants. | Case No.  CV12-5470 GAF (FFMx)<br><br>**ORDER GRANTING DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST BARJAN LLC** |

This matter comes before the Court by request of Plaintiff Ruyan Investment (Holdings) Limited ("Ruyan") for a default judgment and permanent injunction against Defendant Barjan LLC ("Request"). The Court has considered the Request, the relevant legal authority, and the record in this case and, finding good cause, hereby ORDERS, ADJUDGES AND DECREES THAT:

1.  Defendant Barjan LLC ("Barjan") has infringed United States Patent No. 8,156,944.

2.  Defendant Barjan, and its respective officers, members, agents, employees, affiliates, successors, assigns, alter egos, and all other persons and entities in active concert or participation with it are hereby immediately restrained from making, having made, importing, using, selling, offering to sell, advertising, promoting, or distributing any goods that infringe upon United States Patent No. 8,156,944.

3.  This Injunction shall be deemed to have been served upon Defendant Barjan at the time of its execution by the Court.

4.  The Court shall retain jurisdiction over Defendant Barjan to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

IT IS SO ORDERED.

DATED: 3/5/13

_____
HON. GARY A. FEESS